STATE OF MISSOURI, Respondent, v. RICHARD HOLMES, Appellant.

### Kansas City Court of Appeals, May 6, 1895.

**Peddlers:** MANUFACTURE IN STATE. A person traveling from place to place in a two horse vehicle, selling kitchen cabinets, is a peddler and should have a license, though the cabinets were manufactured by him in the state.

*Appeal from the Gentry Circuit Court.*—HON. CYRUS A. ANTHONY, Judge.

AFFIRMED.

No brief filed for either appellant or respondent.

ELLISON, J.—The defendant was tried and convicted on an information, charging him with being a peddler without license. Chap. 125, R. S. 1889. The case showed that he traveled from place to place in a two horse vehicle and sold kitchen cabinets, which were manufactured by him in this state. We think he was properly convicted, notwithstanding the articles were manufactured in this state, and affirm the judgment. All concur.